ORIGINAL

RECEIVED
07 JUN -5 PM 2: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 4 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHUCK M. LOUDERBACH (SBN: 88788)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER CORPORATION DISABILITY PLANS
(sued incorrectly herein as "BAYER CORPORATION'S
SHORT AND LONG TERM DISABILITY PLAN")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE WALKER, | CASE NO. C 06-4303 (MJJ) |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER** |
| v. | |
| BAYER CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF HEREIN:

Notice is hereby given that Defendant Bayer Corporation Disability Plans substitutes the Law Office of Jerome Schreibstein as their attorney of record in place of Payne and Fears, LLP. The address and telephone number of The Law Office of Jerome Schreibstein, to which all further notices, pleadings, orders, and correspondence should be sent, are:

Law Office of Jerome Schreibstein
275 Battery Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

---

1
SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER

| | |
|---|---|
| DATED: May 31, 2007 | PAYNE & FEARS LLP |
| | By: _____<br>CHARLES LOUDERBACH<br>Attorneys for Defendant<br>BAYER CORPORATION DISABILITY PLANS |

I requested, accept, and consent to substitute The Law Office of Jerome Schreibstein as Defendant Bayer Corporation Disability Plans' counsel of record in this civil action.

| | |
|---|---|
| DATED: ~~May 31~~ June 1, 2007 | LAW OFFICES OF JEROME SCHREIBSTEIN |
| | By: _____<br>JEROME SCHREIBSTEIN<br>Attorney for Defendant<br>BAYER CORPORATION DISABILITY PLANS |

I consent to and accept this substitution of attorney.

| | |
|---|---|
| DATED: June __, 2007 | BAYER CORPORATION DISABILITY PLANS |
| | By: _____ |

**ORDER**

The above substation of attorney read and considered, IT IS SO ORDERED.

Dated: June __, 2007

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

357617.1

# PROOF OF SERVICE

Walker v Bayer Corporation's Short And Long Term Disability Plan

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Payne and Fears, LLP, One Embarcadero Center, Suite 2300, San Francisco, CA 94111.

On June 5, 2007, I served the following document(s) described as **SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

Timothy J. Fricker, Esq.                    Attorneys For Plaintiff Diane Walker
FRICKER & MELLEN ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2007, at San Francisco, California.

ALICIA S. CARR

358114.1